1064

[Nos. 52196-9-I; 52367-8-I. Division One. June 1, 2004.]

CHEVRON U.S.A., INC., *Appellant*, v. THE CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD, ET AL., *Respondents*.

SNOHOMISH COUNTY, *Respondent*, v. THE CITY OF SHORELINE, *Appellant*, CHEVRON U.S.A., INC., ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King and Snohomish Counties, Nos. 02-2-03383-1 and 02-2--04826-7, Gregory P. Canova and Linda C. Krese, JJ., entered April 4 and 18, 2004. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ. Now published at 123 Wn. App. 161.

[No. 52264-7-I. Division One. June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY RAY VANWOERT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00630-1, Michael E. Rickert, J., entered March 31, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52362-7-I. Division One. June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMAN McFETRIDGE, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-1-03026-9, George T. Mattson, J., entered November 8, 2002 and May 20, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52370-8-I. Division One. June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL JAMES JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08446-6, Carol A. Schapira, J., entered April 3, 2003. *Affirmed* by unpublished per curiam opinion.